1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | LEON W. WEIDMAN
Assistant United States Attorney
3 | Chief, Civil Division
JEFFREY CHEN, CSBN 260516
4 | Special Assistant United States Attorney
        Social Security Administration
5 |     333 Market St., Suite 1500
        San Francisco, CA  94105
6 |     Telephone:  (415) 977-8939
        Facsimile:  (415) 744-0134
7 |     Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant
8

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

11 | SOUTHERN DIVISION

12

13 | HUBER CANCINO JR.,                )
                                      )           No. SA CV 11-181-E
14 |        Plaintiff,                 )
                                      )           [PROPOSED]
15 |           v.                      )           JUDGMENT OF REMAND
                                      )
16 | MICHAEL J. ASTRUE,                )
      Commissioner of Social Security, )
17 |                                   )
                                      )
18 |        Defendant.                 )
    _____    )

19

        The Court having approved the parties' Stipulation to Voluntary Remand

20 | Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

21 | ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment

22 | of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

23 | above-captioned action is remanded to the Commissioner of Social Security for

24 | further proceedings consistent with the Stipulation of Remand.

25

26 | DATED:  _9/8/11_

27 |                              _____
                                 HONORABLE CHARLES F. EICK
                                 UNITED STATES MAGISTRATE JUDGE
28