**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Huber Cancino Jr.

FILED
CLERK, U.S. DISTRICT COURT
OCT 20 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HUBER CANCINO JR.,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

No. SACV-11-11 E

[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of ONE THOUSAND NINE HUNDRED DOLLARS and NO CENTS ($1,900.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d) and costs in the amount of NINETEEN DOLLARS and THIRTEEN CENTS ($19.13) under 28 U.S.C. section 1920.

Dated: 10/20/11

_____
THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

1

1  Respectfully submitted,
2  LAW OFFICES OF MARTIN TALLER
3       /s/ Troy Monge
4  Troy D. Monge
   Attorney for Plaintiff Huber Cancino Jr.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28